1 BRIAN J. STRETCH (CABN 163973)
  Acting United States Attorney

2

3 DAVID R. CALLAWAY (CABN 121782)
  Chief, Criminal Division

4 BENJAMIN KINGSLEY (NYBN 4758389)
  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495

6    Telephone: (415) 436-6937
     FAX: (415) 436-7234

7    Benjamin.Kingsley@usdoj.gov

8 Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: 15-392 RS |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| v. | |
| RYAN CARDENAS, | |
| Defendant. | |

The parties request that the time between February 16, 2016, and March 1, 2016, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). The government has produced discovery to defense counsel, who is continuing to review it with her client. Additionally, the parties are investigating the possible referral of defendant to the Conviction Alternatives Program. Excluding time until March 1, 2016, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: February 17, 2016                    /s/
                                            BENJAMIN KINGSLEY
                                            Assistant United States Attorney

DATED: February 17, 2016                    /s/
                                            CANDIS MITCHELL
                                            Counsel for Defendant Ryan Cardenas

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 15-362 RS

[~~PROPOSED~~] ORDER

The Court finds that the exclusion of the period from February 16, 2016, to March 1, 2016, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/18/16

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 15-362 RS