1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6937
        FAX: (415) 436-7234
7       Benjamin.Kingsley@usdoj.gov

8  Attorneys for the United States

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,    ) CASE NO: 15-392 RS
                                  )
13 |     Plaintiff,                ) STIPULATION TO EXCLUDE TIME AND
                                  ) [~~PROPOSED~~] ORDER
14 |   v.                          )
                                  )
15 | RYAN CARDENAS,                )
                                  )
16 |     Defendant.                )
                                  )
17 |                               )

18      The parties request that the time between March 16, 2016, and September 19, 2016, be excluded

19 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).  The government has

20 produced discovery to defense counsel, who will be reviewing it and conducting other investigation to

21 prepare for trial.  Excluding time until the trial date of September 19, 2016, will allow for the effective

22 preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

23      IT IS SO STIPULATED.

24 DATED: March 17, 2016                    /s/___
                                       BENJAMIN KINGSLEY
25                                     Assistant United States Attorney

26
   DATED: March 17, 2016                    /s/___
27                                     CANDIS MITCHELL
                                       Counsel for Defendant Ryan Cardenas
28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 15-392 RS

1  [~~PROPOSED~~] ORDER

2  The Court finds that the exclusion of the period from March 16, 2016, to September 19, 2016,
3  from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by
4  the continuance outweigh the interests of the public and the defendant in the prompt disposition of this
5  criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the
6  defendant and for the government the reasonable time necessary for effective preparation and of
7  counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.
8  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

9  IT IS SO ORDERED.

11  DATED: __3/17/16__   _____
12  HON. RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 15-392 RS