STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Ryan Cardenas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>    Plaintiff,<br><br>v.<br><br>**Ryan Cardenas,**<br><br>    Defendants. | Case Number: CR 15-392 RS<br><br>**Joint Stipulation and [Proposed] Order Continuing December 13, 2016, Sentencing Date to January 10, 2017**<br><br>**Date:  December 13, 2016<br>Time:  2:30 p.m.** |

### STIPULATION

Defendant Ryan Cardenas is currently set for sentencing hearing before the Court on December 13, 2016. Counsel requests additional time to prepare for sentencing in the case and to allow the Probation Officer sufficient time to prepare a finalized presentence report.

Accordingly, counsel jointly request a continuance of the presently set sentencing hearing from December 13, 2016, at 2:30 p.m., to **January 10, 2017, at 2:30 p.m.**

SO STIPULATED.

Jt. Stip. Cont. Sentencing & [Prop.] Order
CR 15-392 RS                                                        1

Dated: December 1, 2016    /s/ *Benjamin Kingsley*
BENJAMIN KINGSLEY
Assistant United States Attorney

Dated: December 1, 2016    /s/ *Candis Mitchell*
CANDIS MITCHELL
Attorney for Defendant Cardenas

## [Proposed] Order

For the reasons stated above, the Court continues the sentencing hearing date from December 13, 2016, at 2:30 p.m., to **January 10, 2017, at 2:30 p.m.**

SO ORDERED.

Dated: 12/5/16

**Honorable Richard Seeborg**
United States District Judge