BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 430353)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6937
Fax: (415) 436-7234
Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RYAN CARDENAS,<br>Defendant. | CASE NO: 15-00392 RS<br><br>STIPULATION TO CONTINUE SENTENCING AND [~~PROPOSED~~] ORDER |

To allow the government more time to prepare, the parties request that the sentencing scheduled for January 10, 2017, at 2:30 p.m., be continued to January 17, 2017, at 2:30 p.m. United States Probation Officer Aakash Raju is available on that date and consents to this request.

IT IS SO STIPULATED.

Dated: January 3, 2017

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

Dated: January 3, 2017

/s/
CANDIS MITCHELL
Counsel for Defendant Ryan Cardenas

~~[PROPOSED~~] ORDER

The sentencing scheduled for January 10, 2017, at 2:30 p.m., is continued to January 17, 2017, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 1/3/17

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE